KATKO, EXR., APPELLEE, *v.* OHIO STATE UNIVERSITY
HOSPITAL ET AL., APPELLANTS.

[Cite as *Katko v. Ohio State Univ. Hosp.*
(1993), 66 Ohio St.3d 1201.]

(No. 91–2006—Submitted January 5, 1993—Decided February 3, 1993.)

*Savoy, Bilancini, Flanagan & Kenneally, Jerome J. Savoy* and *Patrick M. Flanagan,* for appellee.

*Lee I. Fisher,* Attorney General; *Emens, Hurd, Kegler & Ritter Co., L.P.A., William J. Brown* and *Karl W. Schedler,* for appellants.

*Fulbright & Jaworski* and *Robert A. Burgoyne;* and *Joseph A. Keyes, Jr.,* urging reversal for *amicus curiae,* Association of American Medical Colleges.

*Lee I. Fisher,* Attorney General, and *John C. Dowling,* Assistant Attorney General, urging reversal for *amici curiae,* University of Cincinnati, Medical College of Ohio and Northeastern Ohio Universities College of Medicine.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

The court orders that the court of appeals' opinion not be published in the Ohio Official Reports, and that it may not be cited as authority except by the parties *inter se.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.